IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02869-REB-MEH

CATHERINE DONOHUE,

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION, a Japanese corporation,
TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Kentucky corporation, and
TOYOTA MOTOR NORTH AMERICA, INC., a California corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2011.**

    For good cause shown, the Stipulated Motion to Stay Pending Transfer to MDL No. 2151 by the Judicial Panel on Multidistrict Litigation [filed December 30, 2010; docket #8] is **granted**. This matter is hereby **stayed** pending the parties' anticipated transfer of this case for inclusion in MDL No. 2151. The Scheduling Conference set for February 8, 2011, is hereby **vacated**. The parties shall submit a joint status report regarding the status of the anticipated transfer on or before **February 4, 2011**.